UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY LATHAM, ) | |
| Plaintiff, ) | |
| ) | No. 1:17-cv-785 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| LOWE'S COMPANY, INC. and ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

The Court has dismissed this lawsuit for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 20, 2017         /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge